IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENYON LEWIS**                                                                       **PLAINTIFF**
**#256192**

v.                      **CASE NO. 4:22-CV-01230-BSM**

**B HARGRAVES**                                                          **DEFENDANT**

## ORDER

After reviewing the record *de novo*, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 22] is adopted. B Hargraves's motion for summary judgment [Doc. No. 16] is granted and this case is dismissed without prejudice for Lewis's failure to exhaust his administrative remedies. 42 U.S.C. § 1997e(a). An *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of May, 2023.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE