IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENYON LEWIS**                                                                **PLAINTIFF**
**#256192**

v.                                   CASE NO. 4:22-CV-01230-BSM

**B HARGRAVES**                                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of May, 2023.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE